UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory J. Loff and Myron A. Caves, individually and on behalf of others similarly situated, as a class action,

Plaintiffs,

vs.

American Arms, Incorporated, a Missouri corporation, and Bettinsoli Tarcisio & C. S.N.C., a foreign corporation, and Ghassan Bader,

Defendants.

MJD/JGL
Case No. 00-CV-1139

**ORDER MODIFYING STATE COURT SCHEDULING ORDERS AND OTHER DEADLINES FOLLOWING REMOVAL**

This matter came on for hearing by telephone conference on the 7th day of June, 2000 before the undersigned Magistrate Judge on plaintiffs' request for a scheduling conference pursuant to Local Rule 16.7. Mark A. Mitchell, Esq., appeared on behalf of plaintiffs Gregory J. Loff and Myron A. Caves, individually and on behalf of others similarly situated, as a class action; John F. Angell, Esq., appeared on behalf of defendant American Arms, Inc.; Austin D. Ditzler, Esq., appeared on behalf of defendant Bettinsoli Tarcisio S.r.l.; and Ann Bray, Esq. appeared on behalf of defendant Ghassan Bader.

WHEREAS, by state court order dated April 12, 2000 (the "April 12, 2000 Order"), defendant Ghassan Bader was named as an additional party to this class action;

WHEREAS, in the April 12, 2000 Order and other orders, the state court issued directives relating to scheduling and class notice issues, including closing all discovery on May 14, 2000 for defendants American Arms and Bettinsoli, but granting the plaintiffs of an additional 60 day period until July 14, 2000 to obtain discovery from defendants American Arms and Bettinzoli;

WHEREAS, the plaintiffs have noticed the depositions of certain individuals and Defendant

FILED 6/7/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Ghassan Bader to occur on June 4, 5 and 6, 2000 in Kansas City, Missouri. Due to scheduling conflicts, these depositions have been rescheduled for June 12, 13, 14, 2000;

WHEREAS, the plaintiffs are prepared and intend to conduct discovery within the time limits set forth by the state court orders;

WHEREAS, defendant Ghassan Bader, who on behalf of himself has conducted no discovery at all, intends to request an extension of time on certain scheduling items;

WHEREAS, defendant Ghassan Bader filed a notice of removal on May 5, 2000, and the Federal District Court thereafter issued a pretrial order ( the "Pretrial Order");

WHEREAS, plaintiffs have filed on June 2, 2000 a motion requesting remand of the case from federal court back to the state court; and

WHEREAS, pursuant to Local Rule 16.7, the plaintiffs have requested a scheduling conference to resolve the issues raised by the conflict between the earlier state court orders and the proceedings in this court following the filing of the notice of removal;

**IT IS HEREBY ORDERED:**

1. Effective May 5, 2000, the date the removal was filed, all scheduling orders and other deadlines set by the state court are stayed until further order this court;

2. Pursuant to 28 U.S.C. § 1446(d), this Order and the Pretrial Order modify all scheduling orders and other deadlines previously set by the state court. Accordingly, all discovery is stayed until the parties have met and conferred in accord with the Federal Rules of Civil Procedure, Rule 26, the applicable local rules and the Pretrial Order.

3. A new scheduling order shall be entered following the Pre-Trial Conference, which shall grant the parties at least as much time as was permitted under the previous state court's scheduling order at the time the removal was filed.

Dated: June 7, 2000

BY THE COURT:

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge