UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gregory J. Loff, Myron A. Caves, and Don Ellwanger, individually and on behalf of others similarly situated, as a class action,

Plaintiffs,

vs.

American Arms, Incorporated, a Missouri corporation, and Bettinsoli Tarcisio & C. S.N.C., a foreign corporation, and Ghassan Bader, an individual,

Defendants.

MJD/JGL
Case No. 00-CV-1139

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**

---

Pursuant to the attached Release, Plaintiff Gregory J. Loff and Defendants American Arms, Inc. and Bettinsoli Tarcisio C.S.N.C., by their respective attorneys, stipulate that Gregory J. Loff's personal injury claims, having been fully settled, are dismissed on the merits with prejudice and the Court may enter judgment dismissing Gregory J. Loff's personal injury claims against Defendants with prejudice but retaining all claims for property damage.

The parties expressly agree that this Stipulation applies only to Gregory J. Loff's personal injuries arising from his use of a Bettinsoli 12-gauge, over/under shotgun. The Stipulation does not apply to any property damage claim that Gregory J. Loff may have against American Arms, Inc. or Bettinsoli Tarcisio nor does it in any way prejudice the plaintiffs' class or any of its members in the class action against defendants American Arms, Inc. and Bettinsoli Tarcisio & C.S.N.C.

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By John F. Angell
John F. Angell, Esq.
Stich, Angell, Kreidler, Brownson & Ballou, P.A.
120 The Crossings
250 Second Avenue South
Minneapolis, MN 55401-2122
ATTORNEY FOR DEFENDANT AMERICAN ARMS

DATED: Jan 2, 01

By ______________________
Austin D. Ditzler, Esq.
Ditzler Law Firm
120 The Crossings
250 Second Avenue South, Suite 106A
Minneapolis, MN 55401
ATTORNEY FOR DEFENDANT BETTINSOLI

DATED: Jan 2, 2001

By ______________________
Richard J. Nygaard
Rider, Bennett, Egan & Arundel
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
ATTORNEY FOR PLAINTIFFS LOFF AND CAVE

DATED: Jan 3, 2001

By ______________________
Ann D. Bray
Geraghty O'Loughlin & Kenney
1400 Ecolab University Center
386 North Wabasha Street
St. Paul, MN 55102
ATTORNEY FOR DEFENDANT GHASSAN BADER

DATED: 12/28/00

## ORDER FOR PARTIAL JUDGMENT OF DISMISSAL

Pursuant to the foregoing Stipulation, plaintiff Gregory J. Loff's personal injury action against American Arms, Inc. and Bettinsoli Tarcisio & C.S.N.C. is hereby dismissed on the merits and with prejudice and judgment shall be entered accordingly. His claim for property damages remains. This order for partial judgment of dismissal is without prejudice to Loff's claim for his shotgun or to the plaintiffs' class in the class action *Gregory J. Loff and Myron A. Caves, and Donovan Ellwanger, Individually and on behalf of others similarly situated, as a class action, v. American Arms, Incorporated, a Missouri corporation, and Bettinsoli Tarcisio & C.S.N.C., a foreign Corporation,* pending before this Court.

IT IS SO ORDERED, this 16th day of Jan, 2001

Michael J. Davis
U.S. District Court



603080-1

# PERSONAL INJURY RELEASE

**FOR THE SOLE CONSIDERATION OF** Five Hundred and No/100 Dollars ($500.00), receipt of which I hereby acknowledge, I fully and forever release and discharge American Arms, Inc. and their insurer, Zurich/Steadfast Insurance Company, their heirs, administrators, executors, successors, and assigns, and all other persons and organizations who are or might be liable, from all claims for bodily injury which I sustained as a result of the incident which occurred in August of 1994, at the Minnesota Horse & Hunt Club in the City of Prior Lake, County of Scott, State of Minnesota.

I.

By executing this Release, I agree that:

1. "Claims" include demands, actions, and rights of action and also includes all claims which I now or hereafter may have arising out of, in consequence of, or on account of said incident.

2. "Damages" includes damages for personal injury, bodily injury, sickness, disease, emotional injury; death resulting from such injury, sickness, disease, or damage; damages for care and loss of services arising from such injury, sickness, damages, or disease.

3. This Release relates only to Gregory Loff's personal injury claim and does not include any property damage claims.

II.

I expressly intend and agree that this Release applies to all of my personal injuries arising from said incident, including, but not limited to, claims for known, unknown, latent, developed and undeveloped injuries; anticipated and unanticipated consequences, and known and unknown developments of any of such injuries; and claims as respects the nature, extent and permanency of any of such injuries.

This Release is meant to release only the bodily injury claims of Gregory J. Loff, both known and unknown, and does not prejudice or release any property damage claim that he may have.

III.

I expressly agree to satisfy any liens, now claimed or which could be claimed relative to this matter, from the above noted proceeds of settlement.

IV.

In executing this Release, I am relying on my own judgment, belief, and knowledge as to all phases of my claims, and I am not relying on representations or statements made by any of the parties herein released, anyone representing them, or any physicians or surgeons employed by them.

V.

I acknowledge that said sum is paid in compromise and settlement of disputed claims, that payment thereof shall not be construed as admission of any liability whatsoever by any of the parties herein released by whom liability is expressly denied.

Dated: 12-28-2000

Gregory J. Loff