UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory J. Loff, Myron A. Caves, and Don Ellwanger, individually and on behalf of others similarly situated, as a class action,

Plaintiffs,

vs.

American Arms, Incorporated, a Missouri corporation, and Bettinsoli Tarcisio & C. S.N.C., a foreign corporation, and Ghassan Bader, an individual,

Defendants.

MJD/JGL
Case No. 00-CV-1139

**STIPULATION AND ORDER FOR CONTINUANCE**

WHEREAS, the above-entitled matter is a class action proceeding for the recall of guns due to alleged defects in their design, manufacturing and sales of the guns. These guns were manufactured by Bettinsoli Tarcisio and C.S.N.C. and distributed through American Arms, Inc. Ghassan Bader was the President of American Arms.

WHEREAS, by Order of the Court, previously set forth in the Pre-Trial Order dated June 30, 2000, this matter has been set for trial readiness on June 1, 2001.

WHEREAS, the Plaintiffs have requested an extension of the the deadlines in the Pre-Trial Order and a continuance of the trial to September 2001.

NOW THEREFORE IT IS STIPULATED AND AGREED by and between the parties hereto that the Pre-Trial Order dated June 30, 2000 is amended as follows:

Paragraph #4 is amended to extended the discovery deadline to May 15, 2001.

Paragraph #5 is amended to extend the non-dispositive motions deadline to June15, 2001.

FILED 2-9-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Paragraph #6 is amended to extend the deadline for dispositive motions to July15, 2001.

Paragraph #7 is amended to extend the deadline for trial readiness to October 1, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Richard J. Nygaard (80226)
Michael R. Docherty (16690X)
Piper L. Kenney (275621)
Attorneys for Plaintiffs
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7912

DATED: January 26, 2001

GERAGHTY, O'LOUGHLIN & KENNEY, P.A.

By ______________________
Ann D. Bray (227742)
Attorney for Defendant Ghassan Bader
1400 Ecolab University Center
386 North Wabasha Street
St. Paul, Minnesota 55101
(651) 291-1177

DATED: 1/26, 2001

STICH, ANGELL, KREIDLER, BROWNSON & BALLOU, P.A.

By ______________________
John F. Angell (2768)
Attorney for Defendant American Arms
120 The Crossings
250 Second Avenue South
Minneapolis, MN 55401-2122
612/305-4539

DATED: 1/26, 2001

DITZLER LAW FIRM

By______________________________
Austin D. Ditzler (23097)
Attorney for Bettinsoli
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401
612/333-6251

DATED: Feb 1st, 2001

ORDER

The Court, having reviewed the Stipulation, hereby Orders the extension of the Pre-Trial deadlines outlined above as agreed to by Plaintiff's and Defendants and continues the "ready for trial trial ready date to September 2001.

BY THE COURT:

______________________________
Honorable Jonathan Lebedoff
United States District Court Judge
Magistrate

DATED: Feb 9, 2001, 2001