**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gregory J. Loff, Myron A. Caves, and Don Ellwanger, individually and on behalf of others similarly situated, as a class action,

Civil File No. 00-1139 (MJD/JGL)

Plaintiffs,

v.

**ORDER**

American Arms, Incorporated, a Missouri Corporation, and Bettinsoli Tarcisio & C.S.N.C., A foreign corporation, and Ghassan Bader, an individual,

Defendants.

---

This matter is before the Court on Plaintiffs' Motion for Attorney Fees pursuant to 28 U.S.C. § 1447(c). On January 7, 2002, this Court granted Plaintiffs' second Motion to Remand on the basis that this Court had neither federal question nor diversity jurisdiction over Plaintiffs' Complaint. Plaintiffs now seek expenses, costs, and attorney fees. Specifically, Plaintiffs seek all expenses, costs, and fees incurred from May 7, 2000, through October 25, 2001, totaling $72,759.00.

The Court has discretion under 28 U.S.C. § 1447(c) to award Plaintiffs "just costs and any actual expenses, including attorney fees, incurred as a result of the removal." In this case, the Affidavit and Exhibit Plaintiffs submitted to support their motion does not



FILED APR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

clearly delineate or explain what costs, fees, and expenses were incurred as a result of the removal, or the relevant time period for determining that amount.

When Defendants initially removed this case on May 5, 2000, Plaintiffs filed a Motion to Remand on June 5, 2000. Subsequently, on September 29, 2000, Plaintiffs withdrew that remand motion. Thereafter, Plaintiffs engaged in the kind of discovery, research, and strategic planning it would have had to engage in regardless of whether the case was in federal or state court. This is evident from the entries in Plaintiffs' Exhibit, which describe legal work on issues involving discovery, summary judgment, and substantive law. It was not until June 7, 2001, that Plaintiffs determined to renew their motion by filing a second Motion to Remand. From the Affidavit submitted to this Court, the only actual expenses and fees that the Court could discern are clearly and necessarily related to removal alone during the relevant time period total $6,861.00.

Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Attorney Fees (Clerk Doc. No. 61) is **GRANTED**; and

2. Plaintiffs are entitled to $6,861.00.

Dated: April 10, 2002

Michael J. Davis
Michael J. Davis
United States District Court Judge